No. 74–66. HETTLEMAN ET AL. *v.* CHICAGO LAW INSTITUTE ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 74–68. CLARION CORP. *v.* AMERICAN HOME PRODUCTS CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–73. KANSAS CITY STAR CO., FLAMBEAU PAPER COMPANY DIVISION *v.* DEPARTMENT OF INDUSTRY, LABOR, AND HUMAN RELATIONS ET AL. Sup. Ct. Wis. Certiorari denied.

No. 74–74. RONSON CORP. *v.* LIQUIFIN AG ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–84. MILES ET AL *v.* PULLMAN CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–87. MIHALOPOULOS *v.* IDEAL CEMENT CO. C. A. 9th Cir. Certiorari denied.

No. 74–91. MOULTON ET UX. *v.* FORD MOTOR CO. ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 74–103. WILLIAMSON MARINE TRANSPORT, INC., ET AL. *v.* LOUISIANA TAX COMMISSION. Sup. Ct. La. Certiorari denied.

No. 74–147. AAACON AUTO TRANSPORT, INC. *v.* LASKER, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied.

No. 74–245. HUTTER ET AL. *v.* CITY OF CHICAGO. App. Ct. Ill., 1st Dist. Certiorari denied.